UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

M.L., a minor, by and through her father
and next friend, D.L.,

    v.

                      Case No. 18-cv-327-PB

Concord School District, et al

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Stipulation of Dismissal With Prejudice as to Counts II and III dated April 1, 2022;

2. Stipulation of Dismissal With Prejudice as to Count IV dated May 17, 2022; and

3. Memorandum and Order by Judge Paul Barbadoro dated September 30, 2022.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

/s/Tracy A. Uhrin
_____
Tracy A. Uhrin
Chief Deputy Clerk

Date: September 30, 2022

cc: Counsel of Record