UNITED STATES DISTRICT COURT OF NEW HAMPSHIRE

| | |
|---|---|
| M.L., a minor, by and through her father and next friend, D.L., )<br>Plaintiff ) ) ) | |
| v. ) ) | Civil Action Number: 1:18-cv-00327-PB |
| CONCORD SCHOOL DISTRICT, )<br>SCHOOL ADMINISTRATIVE UNIT 8, ) ) <br>Defendants ) ) | |

### NOTICE OF APPEAL FROM ORDER GRANTING SUMMARY JUDGMENT

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the First Circuit, from the written Order on September 30, 2022, by the United States District Court of New Hampshire in the above-captioned case, which granted Defendants' request for summary judgement and also closed the herein case.

Respectfully submitted,

By: /s/ *Karen E. Hewes*
Karen E. Hewes, Esq. (NH Bar #20095)
khewes@edlawne.com
EdLaw New England, PLLC
19 Kilton Road, Suite 8
Bedford, NH 03110
(603) 695-6557

### CERTIFICATION

I, Karen E. Hewes hereby certify that a copy of the foregoing was served this day on counsel of record, via the Court's Electronic Filing System.

Dated: October 27, 2022      /s/ *Karen E. Hewes*
                                                      Karen E. Hewes, Esq.