# United States Court of Appeals
## For the First Circuit

No. 22-1830

M.L., A MINOR, BY AND THROUGH HER FATHER AND NEXT FRIEND, D.L.,

Plaintiff, Appellant,

v.

CONCORD SCHOOL DISTRICT; SCHOOL ADMINISTRATIVE UNIT 8; TERRI FORSTEN, Superintendent of Concord School District, in her individual and official capacity; THOMAS SICA, Principal of Concord High School, in his individual and official capacity; THOMAS CRUMRINE, Assistant Principal of Concord High School, in his individual and official capacity; CHALI DAVIS, Assistant Principal of Concord High School, in her individual and official capacity; JAMES CORKUM, Assistant Principal of Concord High School, in his individual and official capacity,

Defendants, Appellees.

**JUDGMENT**

Entered: November 16, 2023

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  James P. Davy, Karen E. Hewes, Dona Feeney, Brian J.S. Cullen, Donald L. Smith